STATE v. JONES

No. 16PC

Case below: 50 NC App 263

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1981.

STATE v. KELLER

No. 23PC

Case below: 50 NC App 364

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 April 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 April 1981.

STATE v. LONG

No. 112PC

Case below: 51 NC App 248

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1981.

STATE v. PEARCY

No. 53PC

Case below: 50 NC App 210

Application by defendant for further review denied 7 April 1981.

STATE v. RAMSEY

No. 41PC

Case below: 50 NC App 746

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 April 1981.